IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE MUHAMMAD, | No. 2:13-CV-0153-JAM-CMK-P |
| Petitioner, | |
| vs. | <u>ORDER</u> |
| RALPH M. DIAZ, | |
| Respondent. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court are respondent's: (1) motions for an extension of time (Docs. 18 and 20); and (2) motion for copies of sealed state court transcripts (Doc. 19).  Good cause appearing therefor, all motions are granted. Respondent's response to petitioner's petition is due by August 30, 2013.  The Clerk of the Court

/ / /

/ / /

/ / /

/ / /

/ / /

1

1  is directed to forward to counsel for respondent copies of sealed state court transcripts provided
2  to the undersigned by the California Court of Appeal on June 25, 2013.
3          IT IS SO ORDERED.

5   DATED: July 24, 2013

                                        _____
                                        **CRAIG M. KELLISON**
                                        UNITED STATES MAGISTRATE JUDGE